IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KIRK I. MITCHELL ON BEHALF OF
CATHERINE T. GRADI,

    Plaintiff,

v.          No. 1:25-cv-00672-WJ-KRS

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

## ORDER TO STAY PROCEEDINGS

THIS MATTER came before the Court on the Parties' Joint Motion for Stay of Proceedings (Doc. 9).  The Court, having reviewed the Motion and being fully advised in the premises, finds the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the Joint Motion for Stay of Proceedings is GRANTED, and all deadlines and proceedings are stayed for sixty (60) days from the date of this order. The parties shall submit a report notifying the Court of the settlement status before expiration of the stay.

IT IS SO ORDERED this 10th day of September, 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted:

**RILEY | KELLER | GONZALES**

*/s/ Pablo A. Seifert*
Courtenay L. Keller
Taryn M. Kaselonis
Pablo A. Seifert
3880 Osuna Road NE
Albuquerque, NM  87109
(505) 883-5030
ckeller@rileynmlaw.com
tkaselonis@rileynmlaw.com
pseifert@rileynmlaw.com
*Attorneys for State Farm*

and

**MOSS LEGAL GROUP, PLLC**

*/s/ Andrew J. Armijo (via email 9/2/25)*
M. Mitchell Moss
Andrew J. Armijo
Diana M. Hernandez
5845 Cromo Dr., Suite 2
El Paso, TX 79912
(912) 703-7307
mitch@mosslegalsolutions.com
andrew@mosslegalsolutions.com
diana@mosslegalsolutions.com
*Attorneys for Plaintiff*