**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

KIRK I. MITCHELL ON BEHALF OF
CATHERINE T. GRADI,

     Plaintiff,

v.                                                                              No. 1:25-cv-00672-WJ-KRS

STATE FARM FIRE AND CASUALTY COMPANY,

     Defendant.

**ORDER  FOR EXTENSION OF STAY OF PROCEEDINGS**

THIS MATTER came before the Court on the Parties' Joint Motion for Extension of Stay

of Proceedings (Doc. 14).  The Court, having reviewed the Motion and being fully advised in the

premises, finds the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the Joint Motion for Extension of Stay of Proceedings

is GRANTED, and all deadlines and proceedings are stayed for an additional thirty (30) days from

November 10, 2025. The parties shall submit a report notifying the Court of the settlement status

before expiration of the stay.

IT IS SO ORDERED this 16th day of September, 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted:

**RILEY | KELLER | GONZALES**

*/s/ Pablo A. Seifert*
Courtenay L. Keller
Taryn M. Kaselonis
Pablo A. Seifert

3880 Osuna Road NE
Albuquerque, NM  87109
(505) 883-5030
ckeller@rileynmlaw.com
tkaselonis@rileynmlaw.com
pseifert@rileynmlaw.com
*Attorneys for State Farm*

and

**MOSS LEGAL GROUP, PLLC**

*/s/ Andrew J. Armijo  (via email 9/15/25)*
M. Mitchell Moss
Andrew J. Armijo
Diana M. Hernandez
5845 Cromo Dr., Suite 2
El Paso, TX 79912
(912) 703-7307
mitch@mosslegalsolutions.com
andrew@mosslegalsolutions.com
diana@mosslegalsolutions.com
*Attorneys for Plaintiff*